*E-FILED January 23, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BODY BY JAKE GLOBAL, LLC, | No. C11-03216 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** |
| v. | |
| SUSANTO, | |
| Defendant. | |

This action was filed on June 29, 2011. Plaintiff expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned. 28 U.S.C. § 636(c); FED. R. CIV. P. 73. Plaintiff later voluntarily dismissed all Doe defendants. And, on October 18, 2011, default was entered against Susanto, the sole defendant in this action.

On November 23, 2011, this court issued an order (1) vacating the November 29, 2011 initial case management conference and (2) directing plaintiff to file a status report by December 2, 2011, advising as to how it intends to proceed in this case (with proposed dates for any further proceedings) and any other matters that may facilitate a just and efficient disposition of this case. Plaintiff failed to file a status report as ordered. There has been no activity on this docket since the court issued its November 23, 2011 order.

Accordingly, **no later than February 2, 2012**, plaintiff shall file a response to this order to show cause why this action should not be dismissed for failure to comply with the court's

order.  **Plaintiff is advised that its failure to respond by the ordered deadline will result in dismissal of this action**.

SO ORDERED.

Dated: January 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-03216-HRL Notice has been electronically mailed to:

2  Michael Power Martin     mmartin@fpllaw.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.