*E-FILED:  February 7, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BODY BY JAKE GLOBAL, LLC, | No. C11-03216 HRL |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| SUSANTO, | |
| Defendant. / | |

Based upon plaintiff's response, the court's January 23, 2012 Order to Show Cause is discharged.  Plaintiff having indicated that it intends to move for entry of default judgment, it shall do so within 60 days from the date of this order.

SO ORDERED.

Dated: February 7, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-03216-HRL Notice has been electronically mailed to:

2  Michael Power Martin     mmartin@fpllaw.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.