**United States District Court**
For the Northern District of California

*E-FILED: March 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BODY BY JAKE GLOBAL, LLC, | No. C11-03216 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| SUSANTO, | |
| Defendant. | |

Plaintiff moves for entry of default judgment and for permanent injunctive relief. Because not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: March 29, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-03216-HRL Notice has been electronically mailed to:

2  Michael Power Martin    mmartin@fpllaw.com