IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Body by Jake Global, LLC, | NO. C 11-03216 JW |
|       Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
|   v. | |
| Susanto, | |
|       Defendant. | |

On May 2, 2012, the Court denied Plaintiff's Motion for Default Judgment.[1] In its May 2 Order, the Court concluded that Plaintiff had failed to properly serve Defendant, and thus that the Court lacked personal jurisdiction over Defendant. (Id. at 3-5.) The Court ordered Plaintiff to properly serve Defendant within 30 days. (Id. at 5.) To date, the Court has not received any notice that Defendant has been served.

Upon review, the Court finds that in light of Plaintiff's failure to serve Defendant in accordance with the Court's May 2 Order, Plaintiff has failed to prosecute this case. Accordingly, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Order Denying Plaintiff's Motion for Default Judgment, hereafter, "May 2 Order," Docket Item No. 21.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Power Martin mmartin@fpllaw.com

**Dated: August 27, 2012**         **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                       **William Noble**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California